# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**AJII WINFIELD**  **PLAINTIFF**
**#20250285**

v.  No: 3:25-cv-00220-DPM-PSH

**CODY HOWE,** *et al.*  **DEFENDANTS**

## ORDER

On January 21, 2026, a summons was returned unexecuted as to defendant Rodgers (Doc. No. 11). Counsel for the other defendants has informed the Court that the summons for Rodgers was returned because jail staff could not identify that person. Accordingly, plaintiff Ajii Winfield is directed to provide a correct name for the defendant currently identified as Rodgers no later than 60 days after this order's entry date. If he fails to do so, his claims against this defendant may be dismissed. Winfield may conduct discovery on the other defendants in this case to attempt to discover the correct name for this defendant.

IT IS SO ORDERED this 4th day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE