# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

AJII WINFIELD                                              PLAINTIFF
ADC #109198


v.                          No. 3:25-cv-220-DPM


CODY HOWE, Compliance, Greene
County Detention Center; JACOB WHITE,
Supervisor, Greene County Detention
Center; RODGER ANTHONEY, Officer,
Greene County Detention Center; and
DANIEL SWEENEY, Officer, Turnkey,
Greene County Detention Center            DEFENDANTS

## ORDER

1.    The Court withdraws the reference.

2.    Motions to dismiss, *Doc. 29 & 31,* granted.   Winfield's complaint will be dismissed without prejudice.  Fed. R. Civ. P. 41(a)(2). He remains responsible for the filing fee.   28 U.S.C. § 1915(b)(1); *Doc. 3 at 2.*   An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_22 June 2026_