# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

AJII WINFIELD                                                                    PLAINTIFF
ADC #109198


v.                                     No. 3:25-cv-220-DPM


CODY HOWE, Compliance, Greene
County Detention Center;  JASON
CRABTREE, Administration, Greene
County Detention Center;  JACOB
WHITE, Supervisor, Greene County
Detention Center; RODGER
ANTHONEY, Officer, Greene County
Detention Center; and DANIEL
SWEENEY, Officer, Turnkey, Greene
County Detention Center                                                DEFENDANTS

## JUDGMENT

Winfield's amended complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge
22 June 2026